In the Matter of the Accounting of EMIL SUNDHEIMER, as Executor of PAUL SUNDHEIMER, Deceased, Respondent.

SIGRID M. SUNDHEIMER, Appellant; ALICE DILLINGHAM, as Special Guardian, Respondent.

(Argued September 29, 1936; decided October 13, 1936.)

*Armende Lesser* for appellant.

*Harry J. Winick, Morris Rosenbaum, Louis Timberg* and *Rubin Mazel* for Emil Sundheimer, as executor of Paul Sundheimer, deceased, respondent.

*Alice Dillingham,* as special guardian, respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.